**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-03018-REB-MEH

RUSTY E. HUTCHISON,

     Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

     Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter before me is the **Stipulation For Dismissal With Prejudice** [#24][1] filed

October 18, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation

should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.   That the **Stipulation For Dismissal With Prejudice** [#24] filed October 18, 2011, is

**APPROVED**;

     2.   That the Trial Preparation Conference set for February 10, 2012, is **VACATED**;

     3.   That the jury trial set to commence February 27, 2012, is **VACATED**; and

     4.   That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own

attorney fees and costs.

     Dated October 18, 2011, at Denver, Colorado.

                       **BY THE COURT:**

                       Robert E. Blackburn
                       United States District Judge

---

[1]"[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.